## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TINKER FEDERAL CREDIT UNION,  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | Case No. CIV-12-956-R |
| ) | |
| STATE FARM MUTUAL  ) | |
| AUTOMOBILE INSURANCE  ) | |
| COMPANY,  ) | |
| **Defendant.**  ) | |

### ADMINISTRATIVE CLOSING ORDER

On the representations from counsel the parties have reached a settlement and compromise. It is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 30 days of this date for the purpose of dismissal pursuant to the settlement compromise, this action shall be deemed to be dismissed.

IT IS SO ORDERED this 8th day of July, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE